UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In Re:

    SHANNON SCOTT                        Case No. 22-49542-LSG

                                     Chapter 13

    Debtor(s)                          Hon. LISA S. GRETCHKO

_____/

## NOTICE OF APPEARANCE AND
## <u>REQUEST FOR SERVICE</u>

      PLEASE TAKE NOTICE that BUTLER ROWSE-OBERLE PLLC represents EXTRA CREDIT UNION in the above-captioned matter. Please serve copies of all notices and pleading to the following address:

BUTLER ROWSE-OBERLE PLLC
24525 Harper Avenue
St. Clair Shores, MI  48080

                            <u>/s/  KAREN L. ROWSE-OBERLE (P41893)</u>
                            Attorney for Creditor
                            24525 Harper Avenue
                            St. Clair Shores, MI  48080
                            (586) 777-0770
                            krowse-oberle@brolawpllc.com

December 8, 2022